## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:19-cv-23189-MGC

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
108.233.241.138, an individual,

      Defendant.

_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1.      This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2.      On September 4, 2019, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [ECF No. 7].  Plaintiff issued the subpoena on or about September 10, 2019 and, in accordance with the time allowances provided to both the ISP and Defendant, expects to receive the ISP's response on or about October 25, 2019.

3.      Pursuant to the Court's August 16, 2019 Order of Referral and Order Regarding Court Practices and Procedures, Plaintiff is required to effectuate service of process on Defendant no later than October 15, 2019.  [ECF No. 5]. However, the ISP is not expected

to respond to the subpoena until October 25, 2019.  Because the ISP has not yet responded to Plaintiff's subpoena, Plaintiff is unable to comply with the current service deadline.

4.      Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended sixty (60) days from October 25, 2019 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to December 24, 2019.  This extension should allow Plaintiff sufficient time to receive the ISP response, conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, amend the Complaint and attempt service of process.

5.      This motion is made in good faith and not for the purpose of undue delay.

6.      This is Plaintiff's first request for an extension.  None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until December 24, 2019.  A proposed order is attached for the Court's convenience.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

On October 14, 2019, counsel for Plaintiff conferred with counsel for Defendant, and he represented that Defendant does not object to the relief requested.

Dated: October 14, 2019

Respectfully submitted,

SMGQ LAW

/s/ Rachel E. Walker
RACHEL E. WALKER (FL Bar No. 111802)
218 NW 24th Street
Miami, FL 33127
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com

Attorneys for Plaintiff